# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN THE MATTER OF:** | **CASE NO. _____** |
| **SEARCH AND SEIZURE WARRANTS, APPLICATIONS, PEN REGISTERS, AND NON-DISCLOSURE ORDERS IN THE CASES LISTED IN ATTACHMENT A** | **MAGISTRATE JUDGE VASCURA**  <br><br>**UNDER SEAL** |

## ORDER TO SEAL

Upon motion of the United States of America and for good cause shown, it is

**ORDERED** that the Search and Seizure Warrants, Applications, Pen Registers, Non-Disclosure Orders, and related documents in the cases listed in Attachment A remain sealed, and the Clerk is instructed not to unseal the Search and Seizure Warrants, Applications, Pen Registers, and Non-Disclosure Orders and related documents in the cases listed in Attachment A until July 31, 2020, or upon a motion by the United States and additional order by the Court.

Dated: 1/31/2020

/s/Chelsey M. Vascura
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

| 2:19-MJ-090 |
| --- |
| 2:19-MJ-167 |
| 2:19-MJ-168 |